UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVATORE MILIO,

Plaintiff,

-against-

REIS MANAGEMENT CORP. and MARTIN L. REISMAN,

Defendants.

**ORDER**

26-CV-02565 (PMH)

PHILIP M. HALPERN, United States District Judge:

The docket indicates that agreement was reached on all issues. (Doc. 14). Accordingly, it is hereby **ORDERED** that the parties shall file, by **September 24, 2026**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

**SO ORDERED.**

Dated: White Plains, New York
September 10, 2026

PHILIP M. HALPERN
United States District Judge