**RAYMOND N**

**ATTORNEY**

**55 Jericho Tpke., Suite 2**

**Phone: (516) 248-2121 | Fax: (516) 742-7** **om**

Application granted.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 16.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 24, 2026

BY ECF

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Salvatore Milio v. Reis Management Corp. and Martin L. Reisman*
Case No. 26-CV-02565 (PMH)

Dear Judge Halpern:

I represent plaintiff Salvatore Milio in this action. With the consent of defense counsel, I write to request a two-week extension of the September 24, 2026 deadline set by the Court's Order dated September 10, 2026 (Doc. 15), to and including October 8, 2026.

This case was successfully mediated, and the parties reached agreement on all issues. (Doc. 14.) The parties will resolve the action through a judgment under Federal Rule of Civil Procedure 68, as the Order permits. Plaintiff is waiting for Defendants to serve the Rule 68 offer of judgment. Once the offer is served and accepted, the parties will file the offer, the notice of acceptance, and a proposed judgment. Two weeks tracks the fourteen-day acceptance period under Rule 68(a) and allows that process to run its course.

This request comes within 48 hours of the deadline, and I recognize that Rule 1.C of Your Honor's Individual Practices calls for earlier notice. The parties expected the offer to be served in time to meet the September 24 deadline. It has not been, and a brief extension is necessary to complete the filing the Order contemplates.

The original deadline is September 24, 2026. This is the first request for an extension of that deadline. Defendants consent. The extension does not affect any other scheduled date.

Thank you for your consideration.

Very truly yours,

RAYMOND NARDO

RN:rn

cc: Benjamin J. Yeamans, Esq. (by ECF)