UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Salvatore Milio,

Plaintiff,

-against-

**JUDGMENT**

Case No. 7:26-cv-02565 (PMH)

Reis Management Corp. and Martin L. Reisman,

Defendants.
--------------------------------------------------------------X

WHEREAS Defendants REIS MANAGEMENT CORP. and MARTIN L. REISMAN, by their counsel, Group Five Legal LLP, offered, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, to allow judgment to be taken against them, jointly and severally, in favor of Plaintiff SALVATORE MILIO in the total sum of $135,000.00, inclusive of attorneys' fees and costs, by Offer of Judgment dated October 7, 2026 (the "Offer of Judgment"), a copy of which is annexed as Exhibit A; and

WHEREAS Plaintiff, through Raymond Nardo, P.C., accepted the Offer of Judgment and served written notice of acceptance pursuant to Rule 68(a); it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff SALVATORE MILIO and against Defendants REIS MANAGEMENT CORP. and MARTIN L. REISMAN, jointly and severally, in the amount of $135,000.00, inclusive of attorneys' fees and costs, payable to Plaintiff and Raymond Nardo, P.C., 55 Jericho Tpke., Suite 205, Jericho, NY 11753, in accordance with the terms and payment schedule set forth in the Offer of Judgment; and it is further

ORDERED, ADJUDGED, AND DECREED that the Court retains jurisdiction to enforce this Judgment and the terms of the Offer of Judgment; and it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff's counsel shall file a satisfaction of judgment within seven (7) calendar days after Defendants' final payment clears; and it is further

ORDERED that the Clerk of Court is respectfully directed to close this case.

Dated: White Plains, New York
October 13, 2026

SO ORDERED:

Hon. Philip M. Halpern
United States District Judge